UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LEROY NOAH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV591 CDP |
| | ) | |
| SAINT LOUIS COUNTY, | ) | |
| MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Due to an unforeseen personal matter, the Court must cancel the hearing set for Friday, June 8, 2007 at 11:30 a.m. In lieu of the hearing, plaintiffs should file a reply brief in support of their motion for leave to file third amended complaint, addressing the arguments raised by defendants in their opposition.

Accordingly,

**IT IS HEREBY ORDERED** that the hearing set for **Friday, June 8, 2007, at 11:30 a.m. is cancelled**.

**IT IS FURTHER ORDERED** that plaintiffs shall file a reply brief in support of their motion for leave to file third amended complaint no later than **Friday, June 15, 2007**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of June, 2007.